PD-1524&1525-15

CAUSE NUMBER: F-1330911-Q /05-14-01116-CR
F-1314123-Q/05-14-01115-CR

EX PARTE: BRIAN W. DRAKE          COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

REQUEST FOR TIME EXTENTION

MY DIRECT APPEAL HAS BEEN DENIED BY THE COURT OF APPEALS @ DALLAS. THEREFORE, IF I HAVE TO FILE A PDR, I PRAY THAT THIS COURT WOULD GRANT ME A TIME EXTENTION TO FILE THE PETITION IF A PDR IS NOT MANDATORY, PLEASE INFORM ME SO THAT I COULD FILE AN 11.07 HABEAS CORPUS. THE ONE GROUND THAT WAS RAISED ON DIRECT APPEAL, IS REALLY NOT WORTH ARGUING. THERE ARE MORE SOLID GROUNDS WHICH I'VE PREPARED THAT CAN ONLY BE PRESENTED ON THE 11.07. PLEASE RESPOND ACCORDINGLY.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED,
Brian W. Drake #1950303
BRIAN W. DRAKE